**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JIMMY L. CASTANOS**,

**Plaintiff,**

**v.** **Case No. 5:26-cv-48-TKW-MJF**

**HEATH HOLLAND, et al.**

**Defendants**.
__________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 28). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff failed to fully disclose his litigation history. *See McNair v. Johnson*, 143 F.4th 1301, 1307 (11th Cir. 2025). Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice under the Court's inherent authority based on Plaintiff's failure to fully disclose his litigation history.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 14th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**